FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO THE CLERK of THE COURT, of THE UNITED STATES FEDERAL COURT FOR THE NORTHERN DISTRICT of CALIFORNIA. 450 Golden Gate Avenue. San Francisco, California. 94102. Hon. Richard Seeborg, #:5:06-CV-00069JW filded date: 01/09/06.

E-filing   Petition for Writ of Mandate    CV 08   0803   JW  (PR)

| | |
|---|---|
| Appellant<br>1. Raul, Rivera, Chavez, "Self,"- Colin; Counsel,<br>vs.<br>People of State of California, Bill Lockyer,<br>Board of Prison Terms, Superior Court of<br>-Santa Clara, _____ Respondents | Docket:<br>Superior Court No. 159787, CC330619,<br>CC788137/9280099-9176541<br>Patition-Statement;<br>Writ of Mandate, attached;<br>Statement. Date: Jan. 19th 2008. |

I **Raul R. Chavez**, the Pationer and Defendant in the above-caption case, state: that in the action entitled; People of The State of California vs. Raul, Rivera, Chavez, Criminal Action No. **CC788137**. The Respondent in the Superior Court of The County of **Santa Clara**.

Grounds for which I seek releif On: Jan. 9th 08. I motion Judge-Nadler of Breech of Duty by counsel; J. Delgado, for Subpoena of Written Police Reports. Majestrate made comment counsel don't have to obtain anything. She, counsel. stated: she get Abstract of Judgemet Computer Printed Reproduction Offical Record for Pre-Lim. On: Jan. 10-08. I waived Marsden Motion-disqulify counsel. made Prior day I let counsel know that on: Judge May 10-21-92. Feloney Minutes Committment Certification Term of 10 Mth's Top/Bottom, No lo-Contender P.C.§42.29 Conditional Plea Agreement Sentencing Proceedures §91.20 [e] n17 Yet on: Record states P.C.§288(a) oral co--pulation. This is not my Charge and I was not required to Regester P.C.§290. my matter acusation L.&L., No Phyical Evidence §91.21[e]. violated; waived formal Probation Report. "Credits Only" Agreement. at: Final Judgement on: 11-13-92. concerning §91.20[e] n118 Request to Pull Plea Back. denied also, Courts had Sealed my Case. also on: 10th of Jan. 08. Delgado stated Court Record Reporter; "Sandy Ney" didn't error Penal Code stated with small(a) was L.&L. On: Dec. 4th 07. Granted Faretta Waiver. filed in Triplicate: CR-125/JV-

(1.)

U.S. Federal Court for The Northern District of California. 450 Golden Gate Ave. San Francisco, Ca. 94102. Judge Seeborg #: 5:06-CV-00069JW filed date:- -01-09-06.

Patition for Writ of Mandate / Statement

Raul, Rivera, Chavez, Self, Colin, CC788137,
vs.
People of State of California, Entity's Employed.

follow Up Page
-525 with Division Legal Resources Coordinator on: 12-11-07. Yet returned for signature by defendant and to remail to Shreiff Dept. on: Jan. 10th 08. Motion for Submision in triplicate Records and other Duces Tecum sent by order of Judge Maloney to verify dismissal of Faretta and Challenge along with Proof of Service. That Documents Court Seal be made official on The Record. were returned after I.O.C. Present in Court on: Dec. 26th 07. It is a Miscrage of Justice and I address This Court To Grant Writ of Mandate by Reviewing Prior Submitted Records under Doc--ket: C-94-20378JW /#:5:06-CV-00069JW and other archive records under different docket No.'s Under:(P.C.§§ 739 1009) Dismiss- under P.C.§995. Patitioner has no plain speedy and adequate remedy in the ordinary course of Law other than the relief sought in this Pa--tition. That on: Feb. 7th 08. with counsel Henry Colin, at: Prelim-He--aring other than fileing Appeal after the comission of void act. This Patition is accompanied by a supporting memorandum of Points and authorities on all approoriate points. Wherefore Patitioner Req--uest: For such other and further relief as the court deems just and proper.

I state that this Patition is true and correct, and under Penalty of Purjury, execute it at: San Jose, California. 95110. on: January 19th 2008.


Dated: 01-19-08. Raul Rivera Chavez  *Raul, Rivera, Chavez,*
Appellant

(2.) Final

U.S. Federal Court of Northern District of California. 450 Golden Gate Ave. San Francisco Calif. 94102. Hon. R. Seeborg

Patition of Writ of Mandate - Statement

Raul, Rivera, Chavez, CC788137, Colin, CC068582,

vs.

Superior Court of Santa Clara - Judge Nadler, Dept.#23
People of State of California. Bill Lockyer,

Date: Jan. 19th 08.

Your Honor, I ask and Request to intervene in This matter that my Rights be Protected under The U.S. Constituetion. I have suffered Prejudice for Error By Clerk on 10-21-92 concerning False Charge which suffered me vindictive denials by courts being discriminated due to severity of The Charge which I claim is not correct to wh- which I Pleaded to in Judge May Hearing in Oct. 21-1992. I have suffered Prison and related Requirements to Penal Code alligation on my Rap Sheet causeing me Phyical and Mental Anguish also due to case CC068- -582 Sentenced: 04/08/2000. Due Process Violations on this case at Judge Lisk, by counsel; Lopez, and Public Defenders Office. not obtaining Duces Tecum Subpoena I include in This Patition. I am Grived due to lack of Officials ignoring Review to my Claim's I submit I Demand Justice Be Served In My Behalf, By This Court in up comming Prelimminary Hearing On: 02-07-08.

I state under Penalty of Purjury Patition-Statement True and Correct Execute it at: San Jose, Ca. 95110. On: January 19th 2008.

Dated: 01-19th 08.   Raul, Rivera Chavez   *Raul Rivera Chavez*

CR-125/JV-525

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Raul, Rivera, Chavez,
07082733 Self

TELEPHONE NO.:   FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Raul, Rivera, Chavez,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: 190 W. Hedding St
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, Calif. 95110
BRANCH NAME: Dept #23

**CASE NAME:** Raul, Rivera, Chavez,

FOR COURT USE ONLY

**CASE NUMBER:** CC788137

**ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:**
Subpoena/Subpoena Duces Tecum

You must attend court or provide to the court the documents listed below. Follow the orders checked in item 2 below. If you do not, the judge can fine you, send you to jail, or issue a warrant for your arrest.    Homestead Rd. Branch

1. To: (name or business) SanJose Police Dept. / Santa Clara Court, Santa Clara Ca.
2. You must follow the court order(s) checked below:
   a. ☐ Attend the hearing.
   b. ☐ Attend the hearing *and* bring all items checked in c. below.   Rose Martinez,
   c. ☒ Provide a copy of these items to the court (Do not use this form to obtain Juvenile Court records): victim statement dated: 4/12/2000.
      (1) Case: CC068582 Handwritten on site Police Reports dated: 4/13/2000
      (2) Case: 159787 Handwritten on site victim statement Police Report Dated: 7-19-92.
      (3) Court Certification Docket of sentence Oct. 21-92 By Judge May
      ☐ If this box is checked, provide all items listed on the attached sheet labeled "Provide These Items."   Santa Clara County Bld.
   d. ☐ If someone else is responsible for maintaining the items checked in c. above, that person (the Custodian of Records) must also attend the hearing.
   e. ☐ If this box is checked and you deliver all items listed above to the court **within 5 days of service of this order,** you do not have to attend court if you follow the instructions in item 5.

3. **Court Hearing Date:**
   Date: 02/07/08   Time: 9:30
   Dept.: 23   Rm.: ____
   
   The court hearing will be at (name and address of court):
   Superior Court 190 W. Hedding St.
   San Jose, Ca. 95110.
   
   Call the person listed in item 4 below to make sure the hearing date has not changed. If you cannot go to court on this date, you must get permission from the person in item 4. You may be entitled to witness fees, mileage, or both, in the discretion of the court. Ask the person in item 4 after your appearance.

4. The person who has required you to attend court or provide documents is:
   Name: Raul Rivera Chavez   Phone No.: ____
   Address: 885 N. San Pedro St M.J.N. 6-A-28-L
   Number, Street, Apt. No.
   San Jose, California 95110,
   City   State   Zip

   Date: Jan, 19th 08.   Signature ▶ Raul Rivera Chavez
                         Name and Title

FOR COURT USE ONLY

Form Adopted for Mandatory Use
Judicial Council of California
CR-125/JV-525 [Rev. July 1, 2007]

**ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:**
Subpoena/Subpoena Duces Tecum
(Criminal and Juvenile)

Page 1 of 2

## PROOF OF SERVICE BY MAIL

I, Raul, Rivera, Chavez, declare:

    I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and is a party to the above-entitled cause. My (residence or business) address is

51 Fairview Ct. Hollister, Calif. 95023, - P.O. Box, - 95053, San Jose, Calif. 95116,

and I am a resident of, or employed in, Santa Clara County, California.

    On the date of January 19th 2008, I served the U.S. Federal Court Patition of Writ of Mandate, Civil Cover Sheet, Prisoner Funds Form 9395 dated: 12/27/07-01/15/08 -CR-125/JV-525, -094966, Statement and Proof of Service Total (8) sheet (exact title of document(s) served) by depositing a copy of the document(s) in the United States mail at

(location) Alviso City, (city) Santa Clara, Bay Area County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address). United States Northern District Federal Court of Calif, 450 Golden Gate Ave. Hon. Judge Seeborg San Francisco, Calif. 94102.

    At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01-19-2008

Raul Rivera Chavez
(Signature of person mailing)

Raul, Rivera, Chavez,
(Name of person mailing, typed or printed)





**KEEFE COMMISSARY NETWORK**

INMATE COMMISSARY CONCERN FORM
Santa Clara County Department of Corrections

CC788137 28
TRACKING NUMBER   9395

| Category Legend: | |
|---|---|
| Missing/Shortages | ① |
| Wrong Product Sent | 2 |
| Vending | 3 |
| Miscellaneous | 4 |

Date Sent: 12-19-07, ~~12-26~~ 12-26-07.

Name: Raul Rivera Chavez

PFN#: BCF562     Location: MJ.N.6-A-28-L

Category: 1

Concern: On both dates above I sent commissary order Form correctly filled out and sighned no delivery by canteen on both submitted orders do you have log on submitted form's for reason why procduct not delivered. Proof of Service

Date: 12-27th 07.

Response: You ordered indigent items but you have $7.56 on your books. You cannot order indigent items if you have money. D. Bega

If in (3) three Days not Received Return to below address:
Rebecca Cohn (D)
Field Rep. Nicole Harrea,
901 Campisi Way #300
Cambell, Calif. 95008.

SAN JOSE CA 951
30 JAN 2008
USA 17
USA 41

RECEIVED
JAN 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

To: THE CLERK of
COURT.
U.S. Federal Co
The Northern Dis
of Calif. Hon. See
450 Golden Gate
San Francisco, Cali