

UNITED ST

$ 01.14⁰

02 1A
0004329882    FEB 26 2008
MAILED FROM ZIP CODE 94102

RECEIVED

MAR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JW    3

Rebecca Cohn (D)
ol Campisi Way #300
mpbell, CA 95008

(F in (3) three Days not Received Return to below address:
Rebecca Cohn (D)
SAN JOSE CA 951



[in(3)+three Days not Received Return to below address:

Rebecca Cohn (D)
Field Rep. Nicole Harres,
1401 Campisi Way #300
Campbell, Calif. 95008.

RECEIVED

JAN 8 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

30 JAN 2008

SAN JOSE CA 951

USA 41

To: THE CLERK of THE
COURT.
U.S. Federal Court of
The Northern District
of Calif. Hon. Seeborg
450 Golden Gate Ave.
San Francisco, Calif. 94102

FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO THE CLERK of THE COURT, of THE
UNITED STATES FEDERAL COURT FOR THE
NORTHERN DISTRICT of CALIFORNIA.
450 Golden Gate Avenue. San Francisco, California.
94102. Hon. Richard Seeborg, #:5:06-CV-00069 JW
filed date: 01/09/06.

**E-filing**    Patition for Writ of Mandate

CV 08    0803
JW    (PR)

Appellant
Raul, Rivera, Chavez, "Self," Colin, Counsel,
vs.
People of State of California, Bill Lockyer
Board of Prison Terms, Superior Court of
Santa Clara,                    Respondents

Docket:
Superior Court No. 159787, CC330619,
CC788137/9230099-9176541
Patition-Statement;
Writ of Mandate, attached;
Statement. Date: Jan. 19th 2008.

I **Raul R. Chavez**, the Pationer and Defendant in the above-caption case,
state: that in the action entitled; People of The State of California vs.
Raul, Rivera, Chavez, Criminal Action No. **CC788137** The Respondent in
the Superior Court of The County of **Santa Clara**.

Grounds for which I seek releif On: Jan. 9th 08. I motion Judge-
Nadler of Breech of Duty by counsel: J. Delgado, for Subpoena of
Written Police Reports. Majestrate made comment counsel don't ha-
ve to obtain anything. She, counsel. stated: she get Abstract of Jud-
gemet Computer Printed Reproduction Offical Record for Pre-Lim.
On: Jan. 10-08. I waived Marsden Motion-disqulify counsel. made Prior
day I let counsel know that on: Judge May 10-21-92. Feloney Minut-
es Commitment Certification Term of 10 Mth's Top/Bottom Nolo-
Contender P.C. §42.29 Conditional Plea Agreement Sentencing Pr-
oceedures §91.20 [e] n17 Yet on: Record states P.C. §288 (a) oral co-
-pulation. This is not my Charge and I was not required to Regest-
er P.C. §290. my matter acusation L.&L., No Phyical Evidence §91.21 [2].
violated; waived formal Probation Report. "Credits Only Agreeme-
nt. at: Final Judgement on: 11-13-92. concerning §91.20 [e] n118 Req-
uest to Pull Plea Back. denied also, Courts had Sealed my Case.
also on: 10th of Jan. 08. Delgado stated Court Record Reporter;
"Sandy Ney" didn't error Penal Code stated with small (a) was L.&L.
On: Dec. 4th 07. Granted Faretta Waiver. filed in Triplicate: CR-125/JV-

(1)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEB - 5 2008

Dear Sir or Madam:

Your complaint has been filed as civil case number CV  08    0803 JW

A filing fee of $350.00 is now due.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.  If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

(PR)

Your complaint is deficient because you did not pay the filing fee and:

E-filing

1. __✓__ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form.  You must submit this court's current Prisoner's In Forma Pauperis Application.

    _____ Your In Forma Pauperis Application was not completed in its entirety.

    _____ You did not sign your In Forma Pauperis Application.

    _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.  If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately.  Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
                    Deputy Clerk

rev. 10/25/07

CHAVEZ

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.    **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.    **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| | ) | CV 08 _____ 0803 |
| | ) | CASE NO. _____ |
| Plaintiff, | ) | |
| | ) | **PRISONER'S** |
| vs. | ) | **APPLICATION TO PROCEED** |
| | ) | **IN FORMA PAUPERIS** JW |
| | ) | |
| Defendant. | ) | (PR) |
| _____ | ) | |

I, _____, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9        a.    Business, Profession or              Yes ____ No ____

10             self employment

11       b.    Income from stocks, bonds,           Yes ____ No ____

12             or royalties?

13       c.    Rent payments?                       Yes ____ No ____

14       d.    Pensions, annuities, or              Yes ____ No ____

15             life insurance payments?

16       e.    Federal or State welfare payments,   Yes ____ No ____

17             Social Security or other govern-

18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                        Yes ____ No ____

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                          - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?  Yes _____ No _____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?  Yes _____ No _____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  Yes _____ No _____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes _____ No _____  Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)  Yes _____ No _____

_____

8.  What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do <u>not</u> include account numbers.)

3    _____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?    Yes _____  No _____

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____

10    _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    _____        _____

17        DATE                SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 4 -

1
2                                              Case Number: _____
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                    **IN**
10                       **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
                                                    [prisoner name]
14   _____ where (s)he is confined.
                [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____          _____
20                                              [Authorized officer of the institution]
21
22
23
24
25
26
27
28

                                              - 5 -