(envelope, text upside down:)

NIXIE        951  CC  1        75  04/24/08

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 951130950D        *0856-10052-24-28



$ 00.75⁰
PITNEY BOWES
02 1A  0004327683
APR 21 2008
MAILED FROM ZIP CODE 95112
UNITED STATES POSTAGE



Filed
APR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

(return address, upside down:)
THE CLERK, U.S. DISTRICT COURT
ERN DISTRICT OF CALIFORNIA
TH FIRST STREET, ROOM 2112
OSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Raul Rivera Chavez
P. O. Box 95023
San Jose, CA 95116


CV08-00803 JW

E-Filing, ProSe

## U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:08-cv-00803-JW
## Internal Use Only

Chavez v. People of the State of California et al
Assigned to: Hon. James Ware
Cause: 28:1651 Petition for Writ of Mandamus

Date Filed: 02/05/2008
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

**Petitioner**
**Raul Rivera Chavez**

represented by **Raul Rivera Chavez**
P. O. Box 95023
San Jose, CA 95116
(408) 299-7797
PRO SE

V.

**Respondent**
**People of the State of California**

**Respondent**
**Bill Locker**

**Respondent**
**Board of Prison Terms**

**Respondent**
**Superior Court for County of Santa Clara**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2008 | 1 | PETITION (no process) (IFP Pending) for Writ of Mandamus. Filed by Raul Rivera Chavez. (cv, COURT STAFF) (Filed on 2/8/2008) (Additional attachment(s) added on 2/8/2008: # 1 pro se envelope) (cv, COURT STAFF). Modified on 2/8/2008 (cv, COURT STAFF). (Entered: 02/08/2008) |

| 02/05/2008 | ●2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (cv, COURT STAFF) (Filed on 2/5/2008) (Entered: 02/08/2008) |
| --- | --- | --- |
| 02/08/2008 | ● | (Court only) ***Set/Clear Flags (cv, COURT STAFF) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 03/04/2008 | ●3 | Mail sent to Rebecca Cohn (D), 901 Campisi Way #300, Campbell, Ca., 95008 returned as undeliverable re 1 Petition for Writ of Mandamus, 2 Clerk's Notice re: IFP. (not deliverable as addressed unable to forward) (cv, COURT STAFF) (Filed on 3/4/2008) (cv, COURT STAFF). (Entered: 03/05/2008) |

FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO THE CLERK of THE COURT, of THE
UNITED STATES FEDERAL COURT FOR THE
NORTHERN DISTRICT of CALIFORNIA.
450 Golden Gate Avenue. San Francisco, California.
94102. Hon. Richard Seeborg, #: 5:06-CV-00069 JW
filded date: 01/09/06.

**E-filing** Patition for Writ of Mandate   CV 08   0803   JW (PR)

| Appellant | Docket: |
|---|---|
| 1. Raul Rivera, Chavez, "Self,"- Colin; Counsel, vs. People of State of California, Bill Lockyer, Board of Prison Terms, Superior Court of Santa Clara, ——— Respondents | Superior Court No. 159787, CC330619, CC788137/9280099-9176541 Patition-Statement; Writ of Mandate, attached; Statement. Date: Jan. 19th 2008. |

I **Raul R. Chavez**, the Pationer and Defendant in the above-caption case, state: that in the action entitled; People of The State of California vs. Raul, Rivera, Chavez, Criminal Action No. **CC788137**. The Respondent in the Superior Court of The County of **Santa Clara**.

Grounds for which I seek releif On: Jan. 9th 08. I motion Judge-Nadler of Breech of Duty by counsel: J. Delgado, for Subpoena of Written Police Reports. Majestrate made comment counsel don't have to obtain anything. She, counsel. stated: she get Abstract of Judgemet Computer Printed Reproduction Offical Record for Pre-Lim. On: Jan. 10-08. I waived Marsden Motion-disqulify counsel. made Prior day I let counsel know that on: Judge May 10-21-92. Feloney Minutes Committment Certification Term of 10 Mth's Top/Bottom. No lo-Contender P.C.§42.29 Conditional Plea Agreement Sentencing Proceedures §91.20[e] n17 Yet on: Record states P.C.§288(a) oral co--pulation. This is not my Charge and I was not required to Regester P.C.§290. my matter acusation L.&L., No Phyical Evidence §91.21[2]. violated; waived formal Probation Report. "Credits Only Agreement. at: Final Judgement on: 11-13-92. concerning §91.20[e] n118 Request to Pull Plea Back. denied also, Courts had Sealed my Case. also on: 10th of Jan. 08. Delgado stated Court Record Reporter; "Sandy Ney" didn't error Penal Code stated with small(a) was L.&L. On: Dec. 4th 07. Granted Faretta Waiver. filed in Triplicate: CR-125/JV-

(1.)

Case 5:08-cv-00803-JW    Document 4    Filed 04/25/2008    Page 6 of 12
Case 5:08-cv-00803-JW    Document 1    Filed 02/05/2008    Page 2 of 20
CC788137

U.S. Federal Court for The Northern District of California. 450 Golden Gate Ave. San Francisco, Ca. 94102. Judge Seeborg #:5:06-CV-00069JW filed date:- -01-09-06.

Patition for Writ of Mandate / Statement

Raul, Rivera, Chavez, Self, Colin, CC788137,

vs.

People of State of California, Entity's Employed.

follow up Page

-525 with Division Legal Resources Coordinator on: 12-11-07. Yet returned for signature by defendant and to remail to Shreiff Dept. on: Jan. 10th 08. Motion for Submision in triplicate Records and other Duces Tecum sent by order of Judge Maloney to verify dismissal of Faretta and Challenge along with Proof of Service. That Documents Court Seal be made official on The Record. were returned after I.O.C. Present in Court on: Dec. 26th 07. It is a Miscrage of Justice and I address This Court To Grant Writ of Mandate by Reviewing Prior Submitted Records under Doc--ket:C-94-20378JW /#:5:06-CV-00069JW and other archive records under different docket No.'s Under:(P.C.§§ 739 1009) Dismiss-under P.C.§995. Patitioner has no plain speedy and adequate remedy in the ordinary course of Law other than the relief sought in this Pa-tition. That on: Feb. 7th 08. with counsel Henry Colin, at: Prelim-He--aring other than fileing Appeal after the comission of void act. This Patition is accompanied by a supporting memorandum of Points and authorities on all approoriate points. Wherefore Patitioner Req--uest: For such other and further relief as the court deems just and proper.

I state that this Patition is true and correct, and under Penalty of Purju-ry. execute it at: San Jose, California. 95110. on: January 19th 2008.

Dated: 01-19-08.  Raul Rivera Chavez   _Raul, Rivera, Chavez,_
                                          Appellant

(2.) Final

Case 5:08-cv-00803-JW   Document 4   Filed 04/25/2008   Page 7 of 12
Case 5:08-cv-00803-JW   Document 1   Filed 02/05/2008   Page 3 of 12
CC788137

U.S. Federal Court of Northern District of California. 450 Golden Gate Ave. San Francisco Calif. 94102. Hon. R. Seeborg

Patition of Writ of Mandate-Statement

Raul, Rivera, Chavez, CC788137, Colin,
CC068582
vs.
Superior Court of Santa Clara-Judge Nadler, Dept.#23
People of State of California. Bill Lockyer,    Date: Jan. 19th 08.

Your Honor, I ask and Request to intervene in This matter that my Rights be Protected under The U.S. Constituetion. I have suffered Prejudice for Error By Clerk on 10-21-92. concerning False Charge which suffered me vindictive denials by courts being discriminated due to severity of The Charge which I claim is not correct to wh-which I Pleaded to in Judge May Hearing in Oct. 21-1992. I have suffered Prison and related Requirements to Penal Code alligation on my Rap Sheet causeing me Phyical and Mental Anguish also due to case CC068--582 Sentenced: 04/08/2000. Due Process Violations on this case at Judge Lisk, by counsel; Lopez, and Public Defenders Office. not obtaining Duces Tecum Subpoena I include in This Patition. I am Grived due to lack of Officials ignoring Review to my Claim's I submit I Demand Justice Be Served In My Behalf, By This Court in up comming Prelimminary Hearing On: 02-07-08.

I state under Penalty of Purjury Patition-Statement True and Correct Execute it at: San Jose, Ca. 95110. On: January 19th 2008.

Dated: 01-19th 08.  Raul, Rivera Chavez  *Raul Rivera Chavez*

Case 5:08-cv-00803-JW   Document 4   Filed 04/25/2008   Page 8 of 12
Case 5:08-cv-00803-JW   Document 1   Filed 02/05/2008   Page 4 of 7
CC788137

CR-125/JV-525

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Raul, Rivera, Chavez, 07082733 Self | |
| TELEPHONE NO.:    FAX NO (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): Raul Rivera Chavez | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 190 W. Hedding St
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, Calif. 95110
BRANCH NAME: Dept #23

CASE NAME: Raul, Rivera, Chavez,

| ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS: Subpoena/Subpoena Duces Tecum | CASE NUMBER CC788137 |
|---|---|

**You must attend court or provide to the court the documents listed below. Follow the orders checked in item 2 below. If you do not, the judge can fine you, send you to jail, or issue a warrant for your arrest.**

1. To: (name or business) San Jose Police Dept. / Santa Clara Court, Santa Clara Ca. Homestead Rd. Branch

2. You must follow the court order(s) checked below:
   a. ☐ Attend the hearing.
   b. ☐ Attend the hearing *and* bring all items checked in c. below.
   c. ☒ Provide a copy of these items to the court (Do not use this form to obtain Juvenile Court records):
      (1) Case: CC068582 Handwritten on site Police Reports dated: 4/13/2000 Rose Martinez, victim statement dated:4/12/2000.
      (2) Case:159787 Handwritten on site victim statement Police Report, Dated 7-19-92.
      (3) Court Certification Docket of sentence Oct. 21-92 By Judge May Santa Clara Court Bld.
      ☐ If this box is checked, provide all items listed on the attached sheet labeled "Provide These Items."
   d. ☐ If someone else is responsible for maintaining the items checked in c. above, that person (the Custodian of Records) must also attend the hearing.
   e. ☐ If this box is checked and you deliver all items listed above to the court within 5 days of service of this order, you do not have to attend court if you follow the instructions in item 5.

3. Court Hearing Date:
   Date: 02/07/08  Time: 9:30
   Dept.: 23  Rm.: ___
   The court hearing will be at (name and address of court): Superior Court 190 W. Hedding St. San Jose, Ca. 95110.

   Call the person listed in item 4 below to make sure the hearing date has not changed. If you cannot go to court on this date, you must get permission from the person in item 4. You may be entitled to witness fees, mileage, or both, in the discretion of the court. Ask the person in item 4 after your appearance.

4. The person who has required you to attend court or provide documents is:
   Name: Raul Rivera Chavez  Phone No.: ___
   Address: 885 N. San Pedro St M.J.N. 6-A-28-L
   San Jose, California 95110.

   Date: Jan, 29th 08.  Signature ▶ Raul Rivera Chavez
   Name and Title

| Form Adopted for Mandatory Use Judicial Council of California CR-125/JV-525 [Rev. July 1, 2007] | ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS: Subpoena/Subpoena Duces Tecum (Criminal and Juvenile) | Page 1 of 2 |

## PROOF OF SERVICE BY MAIL

I, Raul, Rivera, Chavez, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and is a party to the above-entitled cause. My (residence or business) address is

51 Fairview Ct. Hollister, Calif. 95023, - P.O. Box, - -95053, San Jose, Calif. 95116,

and I am a resident of, or employed in, Santa Clara County, California.

On the date of January 19th 2008, I served the U.S. Federal Court Patition of Writ of Mandate, Civil Cover Sheet Prisoner Funds Form 9395 -094966 dated: 12/27/07-01/15/08 -CR-125/JV-525, Statement and Proof of Service Total (8) sheet

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) Alviso City, (city) Santa Clara, Bay Area County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address). United States Northern District Federal Court of Calif. 450 Golden Gate Ave. Hon. Judge Seeborg San Francisco, Calif. 94102.

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01-19-2008

Raul Rivera Chavez,
(Signature of person mailing)

Raul, Rivera, Chavez,
(Name of person mailing, typed or printed)

```
                                         CC788137
    COMMISSARY NETWORK SALES
    X 17470
    S  MO  45178-7470

    094956                        ORDER DATE      /  /08
                                  ORDER NBR:  44030
                                  OFF/GRP TYPE:   1
              510160 001          BEG FUND BAL.       4.95

                                              ITEM      TOTAL
    DESCRIPTION                               PRICE     PRICE
    10 W/TAGS  100 CT                          7.50     7.50
    CHICKEN RAMEN                               .95      .95

    2  .95  7100  RP STAMPED ENVELOPE 20CT ✓          1.80
                                  SUB-TOTAL           4.95
                                  SALES TAX            .00
                                  ORDER TOTAL         4.95
                                  FUND BALANCE         .00
                                                        Save
    REJECTED ITEMS
    QTY    ITEM  DESCRIPTION               REASON
     1    7110   ALD KEEFE COFFEE          Insufficient Funds

    LIST SHORTAGES AND/OR DAMAGES HERE
    ITEM   QUANTITY   CATEGORY/DESCRIPTION
```

**IK** — KEEFE COMMISSARY NETWORK

INMATE COMMISSARY CONCERN FORM
Santa Clara County Department of Corrections

TRACKING NUMBER: CC788137 28   9395

| Category Legend: | |
|---|---|
| Missing/Shortages | ① |
| Wrong Product Sent | 2 |
| Vending | 3 |
| Miscellaneous | 4 |

Date Sent: 12-19-07, 12-26-07.
Name: Raul Rivera Chavez
PFN#: BCF562
Location: M.J.N.6-A-28-L

Category: 1

Concern: On both date's above I sent commissary order form correctly filled out and sighned no delivery by canteen on both submitted orders do you have log on submitted form's for reason why Procduct not delivered. Proof of Service

Date: 12-27th 07.

Response: You ordered indigent items but you have $7.56 on your books. You cannot order indigent items if you have money. D. Bega

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number CV 08 0803

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

*E-filing JW (PR)*

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 10/25/07

*CHAVEZ*