IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RIVERA CHAVEZ,             )<br>                                 )<br>        Petitioner,             )<br>                                 )<br>    vs.                          )<br>                                 )<br>PEOPLE OF THE STATE OF           )<br>CALIFORNIA, et al.,              )<br>                                 )<br>        Respondents.             )<br>_____  ) | No. C 08-00803 JW (PR)<br><br>ORDER OF DISMISSAL |

Petitioner initiated this pro se action on February 5, 2008. On the same day and again on April 18, 2008, the clerk of the Court sent petitioner a notice regarding his deficient in forma pauperis application. The clerk sent the notices, respectively, to addresses provided by petitioner: the first to an address in Campbell and the second to a P.O. Box in San Jose. On March 4, 2008 and April 25, 2008, respectively, the notices were returned as undeliverable.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint or strike an answer when: (1) mail directed to the attorney or the pro se party by the court has

Order of Dismissal
P:\PRO-SE\SJ.JW\HC.08\Chavez00803_dismiss3-11.wpd

1  been returned to the court as not deliverable, and (2) the court fails to receive within
2  sixty days of this return a written communication from the attorney or pro se party
3  indicating a current address.  See L.R. 3-11(b).
4      It has now been more than sixty days since the clerk's second notice was
5  returned as undeliverable on April 25, 2008.  The Court has not received a notice
6  from petitioner of a new address.  Accordingly, this action is DISMISSED without
7  prejudice.  See Fed. R. Civ. P. 41(b); L.R. 3-11(b).

DATED: June 30, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

Order of Dismissal
P:\PRO-SE\SJ.JW\HC.08\Chavez00803_dismiss3-11.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAUL RIVERA CHAVEZ,

        Petitioner,

v.

PEOPLE OF STATE OF CALIFORNIA, et al.,

        Respondents.

Case Number: CV08-00803 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/9/2008 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Rivera Chavez
P. O. Box 95023
San Jose, CA 95116

Dated: 7/9/2008

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk