IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RIVERA CHAVEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA, et al.,<br><br>　　　　Respondents. | No. C 08-00803 JW (PR)<br><br>JUDGMENT |

　　　For the reasons stated on the order of dismissal, this action is DISMISSED.

See Fed. R. Civ. P. 41(b); L.R. 3-11(b).  Judgment is entered accordingly.

　　　The clerk shall close the file.

DATED: June 30, 2008

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\HC.08\Chavez00803_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RIVERA CHAVEZ,<br><br>            Petitioner,<br><br>   v.<br><br>PEOPLE OF STATE OF CALIFORNIA, et al.,<br><br>            Respondents._____/ | Case Number: CV08-00803 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/9/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Rivera Chavez
P. O. Box 95023
San Jose, CA 95116

Dated:   7/9/2008

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk